# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**COMPLAINT FORM**

United States District Court
District of Connecticut
FILED AT   HARTFORD
March 23, 2023
Dinah Milton Kinney, Clerk
By _[signature]_
Deputy Clerk

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Queen-Princess Ajaknii Raindtree McCroxey v. Dollar Tree / Family Dollar Headquaters ~~Corporation~~ and Vernon, CT Location Tri-City Plaza

Case No. _____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. Queen-Princess Ajaknii Raindtree McCroxey (Plaintiff) is a citizen of Connecticut (State) who presently resides at 31 Center Street Vernon, CT 06066 (mailing address)

2. Defendant Dollar Tree / Family Dollar Headquaters ~~Corporation~~ (name of first defendant) is a citizen of Virigina (State) whose address is 500 Volvo Pkwy Chesapeake, VA 23320

3. Defendant _____N/A_____ is a citizen of _____
             (name of second defendant)                      (State)

whose address is _____N/A_____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

Connecticut

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

- Today on March 23, 2023; I reported in for first shift; on time... In which I was summons into the office by my immediate supervisor Michelle - (Store Manager). To discuss a situation matter; in which occured on both March 19th and 20th of 2023. I was actually projected that on both of these actual dates listed above; that funds was missing from the End of the night till. It was report by Aida the Day/night supervisor/Manager on duty; that $10.00 was missing from my drawer, associate number connected is 27545536. Although camera survaliance; will reveal that the cash register drawer was handed over directly to Aida on camera; in which she took the draw in the office and counted herself; before I returned back; after handing the drawer over. →

I was told by Aida directly that this same scenario; had taken place prior to my start date. For a total amount of $30.00; was reported to missing. Moving forward, I an reported in on my next work day shift; in which I worked the entire shit. I spoke to Michelle; about the incident; the night prior that occurred. Due to company policy; although I was innocent; to the all claims; in which were being address. I signed a written up complaint due to the lost funds. With a reminder that if the situation re-occurred, one more additional time; that I could lo'ose my position there; at DollarTree; as an Assistant Manager. I complied; although I was aware that my innocence; towards the situation matter was being challenged. Highly motivated by the most recent prior incident, I through any thoroughly recounted; accurately all money that; and too had been removed from the till drawer; multiple times; before handed the money back to each custome. Although March 20, 2021; Michelle physically took my cash drawer; and now $20 was missing. I stated my position; and requested myself that the camera footage was evaluated; for the point that; I couldn't risk my job; or my opportunity of becoming an attorney; In I just got instated to a online pre-law program. Today I was summons into the office; by Michelle once again; to speak to mike the GM and I was blantly accused of stealing and being caught on footage doing so.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Defermation of Character, Indirect/Direct Implications, Discrimination

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

- I was accused of stealing directly; although the situation matter couldn't be proven; and was officially looked into accordingly. Discrimination is also attached; as Michelle openly denounced my chances of becoming an attorney; instructing me to stop pursuing my chance directly. "You shouldn't try to hard to be a lawyer; You might not become one."

**Claim II:** Gender Bias, Direct intimidation, upon using/miss using; while enforcing companies procedures

Supporting Facts:
Gender Bias t implication is relatable; as I was being chatised by mike, Manager although my position was never completely respected. As assets have been generated; within the companies sales. In addition to that; intimidation was used by mike as he taunted me with the store owner; with the police presenting me an alternative.

- Presenting to revise/detangled power, within a strong leadership position.

Moment and later my dailypay account load an amount of $19.39 cent to my account. This situation has so many linked variables; within connection; as evidence will prove; that the till amount were highly successful since my actual start date; in addition to this the theft activity was occuring; however not with me; although a woman by the name of Jennifer Rose Kirchmeier; who was in the store on March 20th, 2023; although she came in the front door; she never came back through as I was one; of the leading assistant Manager operating the cash- register that day. In addition a tip lead to that I recieved that merchandise had been stolen; from that actual location; Dollar Tree located at Tri-City plaza; within Vernon CT. 06066 The rest of my case will reveal that Shayne Cichon; and Edward Doe; might also be linked to ochastrated this direct/indirect implication of theft; upon me; and my chareetor; as Manager Michelle; is linked to being Drinking buddies; that plan hazing attacks; for humerous thrills; and friendly phychosis related enjoyment. Ultimately the case appears to be ochastrated; while innatively associated with pre-meditation. As previously stated within this actual complaint; the the Vernon Police Department came to the scene; and documented the complaint. case number associated is 23-4467. off. Condon, Offc Platosh, Sgt. King; was present; during the line of questioning.

When I informed Manager-Mike, that I wouldn't risk my chances of becoming an attorney based over of his our accusations; for in which, I'm inspiring to become an attorney. Mike-Manager, basically snubbed the notion, in a smug undertone. Advising me that he was going to call the authorities, and have me charged with stealing. Although the implications that were being conveyed by Mike-Manager, were highly incorrect. I never stole anything from this corporation; moving forward, the conversation escalated to the authorities being called; I then obliged with Mike's Manager, open suggestion. Then Mike turn to me, and stated, that, at first he was going to give me a chance to pay back the money; however know I was going to be charged with stealing." the intimidation from Mike's Manager implication didn't settle to well with me, so I personally contacted the authorities and went and wait outside; for their arrival. A report our In which a detailed report was entered in; an body cam surveillance; should be available, for the incident; in questioning. Mike then came outside and conveyed that, " they were suspending me and placing me on a no-tresspass; until corporate made thier final determination. The based implication of me stealing is all surrounded by me putting something in my dollar tree - apron. However, it linked to me, placing my vaseline," lip therapy cocoa butter chapstick in my apron pocket not money.

~~A~~ The actual chapstick^(which is in questioning) is being instated ~~x~~ Into; the clerk office; as actual evidence associated to the case.

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

I firmly requesting for the courts; to clearly investigate all name parties attached. As this matter is being linked to additional pending matters; highly relevant. As fr pertaining to the lawsuit amount; I openly request that the judge; decides the disbursement amount; based upon instated information.

### F. JURY DEMAND

Do you wish to have a jury trial?   Yes    (No)

_____
Original signature of attorney (if any)

_____
Printed Name

( )
Attorney's full address and telephone

Email address if available

_____
**Plaintiff's Original Signature**

Printed Name Queen-Princess Anjaknie Roundtree-McCrokey

31 Center Street
Vernon, CT 06066

(860) 268-9510
Plaintiff's full address and telephone

Email address if available
nicholelo578@yahoo.com

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___Hartford___ on ___March 23, 2023___
         (location)                (date)

_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

5